*E-Filed 9/22/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WILLIE WEAVER,<br><br>        Plaintiff. | No. C 14-3966 RS (PR)<br>No. C 14-4014 RS (PR)<br><br>**ORDER OF DISMISSAL;**<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |

Plaintiff alleges in both civil rights actions that bad air is causing him to cough himself awake at night. These claims have been raised in other actions and have been dismissed, e.g., *Weaver v. First Watch, et al.*, 14-cv-00005-RS (dismissed for failure to state a claim), *Weaver v. First Watch, et al.*, 14-cv-00453-RS (same), *Weaver v. First Watch*, et al., 14-cv-00685-RS (dismissed as duplicative), *Weaver v. Sleep Deprivation, et al.*, 14-cv-01172-RS (same), and *Weaver v. First Watch*, 14-cv-02493-RS (same). Accordingly, these civil rights actions are DISMISSED with prejudice as duplicative. *Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). His applications to proceed *in forma pauperis* (Docket No. 3) are DENIED because the action is frivolous, the claims having been raised and rejected in other actions. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). In each action, the Clerk shall enter judgment in favor of defendants, terminate Docket No. 3, and close the file.

**IT IS SO ORDERED**.

DATED: September 22, 2014

                                                RICHARD SEEBORG<br>
                                                United States District Judge